No. 89–1395. BARNHART *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 89–1397. GARZA ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–1412. KAUFMAN ET AL. *v.* CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 89–1458. MANNHEIM VIDEO, INC. *v.* COOK COUNTY. C. A. 7th Cir. Certiorari denied.

No. 89–1472. ACW AIRWALL, INC., ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO. C. A. 1st Cir. Certiorari denied.

No. 89–1483. RAMIREZ *v.* OREGON STATE BAR ET AL. C. A. 9th Cir. Certiorari denied.

No. 89–1516. HARRIS, GOVERNOR OF GEORGIA, ET AL. *v.* LUCKEY ET AL. C. A. 11th Cir. Certiorari denied.

No. 89–1530. PEOPLE FOR RESPONSIBLE OMAHA URBAN DEVELOPMENT *v.* ARMY CORPS OF ENGINEERS ET AL. C. A. 8th Cir. Certiorari denied.

No. 89–1547. SALMINEN *v.* TERRY, SPECIAL ADMINISTRATRIX OF THE ESTATE OF STEIN, ET AL. Ct. App. Minn. Certiorari denied.

No. 89–1551. POGUE *v.* WHITE STONE BAPTIST CHURCH ET AL. Sup. Ct. Ala. Certiorari denied.

No. 89–1553. UNDERWOOD *v.* SERVICEMEN'S GROUP INSURANCE. C. A. 10th Cir. Certiorari denied.

No. 89–1558. STEPHENS ET AL. *v.* MCKINNEY ET AL. C. A. 11th Cir. Certiorari denied.

No. 89–1561. CAMPBELL, ADMINISTRATRIX OF THE ESTATE OF CAMPBELL *v.* CITY OF PHILADELPHIA ET AL. C. A. 3d Cir. Certiorari denied.